**Christene BRUTON, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 31259.

Court of Criminal Appeals of Texas.

Dec. 16, 1959.

---

C. C. Divine, Houston, for appellant.

Dan Walton, Dist. Atty., Samuel H. Robertson, Jr., Howell E. Stone and Jack J. Rawitscher, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted in the Corporation Court of the City of Houston of the offense of soliciting and her punishment was assessed at a fine of $50. From this judgment she appealed and upon her trial after a plea of not guilty in the County Court at Law No. 4 of Harris County, the jury found her guilty and assessed her punishment at a fine of $5.

The fine imposed in the County Court not exceeding $100, this court is without jurisdiction to enter any order herein other than to dismiss the appeal. Art. 53, Vernon's Ann.C.C.P.; Perry **v.** State, Tex.Cr.App., 308 S.W.2d 890.

The appeal is dismissed.

Opinion approved by the Court.